UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| WOMEN'S INTEGRATED NETWORK, INC., | : | Case No.: 08 CV 10518 (SCR) |
| | : | |
| Plaintiff, | : | ECF CASE |
| | : | |
| v. | : | **NOTICE OF MOTION FOR** |
| | : | **JUDGMENT ON THE** |
| U.S. SPECIALTY INSURANCE COMPANY, | : | **PLEADINGS OR, IN THE** |
| | : | **ALTERNATIVE, FOR** |
| Defendant. | : | **SUMMARY JUDGMENT** |
| | : | |
| | : | |

------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the Declaration of Brian A. Coleman dated March 6, 2009 and the exhibits attached thereto, Defendant U.S. Specialty Insurance Company's Memorandum of Law in Support of Motion for Judgment on the Pleadings Or, Alternatively, for Summary Judgment, and the pleadings herein, Defendant U.S. Specialty Insurance Company ("USSIC"), by and through its counsel and pursuant to Rule 12(c) and (d) (and/or Rule 56) of the Federal Rules of Civil Procedure, will move this Court, before the Honorable Stephen C. Robinson, United States District Judge, for judgment on the pleadings or, in the alternative, for summary judgment in favor of USSIC with respect to the Complaint filed by Plaintiff Women's Integrated Network, Inc. ("Plaintiff" or "WIN") in the above-captioned action.

Dated: New York, New York
       March 6, 2009

                        Respectfully submitted,

                        DRINKER BIDDLE & REATH LLP


                  By:   /s/ Thuy T. Bui
                        Thuy T. Bui
                        140 Broadway, 39th Floor
                        New York, New York 10005
                        Tel:  (212) 248-3140
                        Fax:  (212) 248-3141

                        <u>Of Counsel:</u>
                        Douglas M. Mangel (*pro hac vice* pending)
                        Brian A. Coleman (*pro hac vice* pending)
                        DRINKER BIDDLE & REATH LLP
                        1500 K Street, N.W.
                        Suite 1100
                        Washington, DC  20005
                        (202) 842-8800


                        *Attorneys for Defendant*
                        *U.S. Specialty Insurance Company*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the foregoing was delivered electronically by email and by ECF on this 6th day of March 2009 to:

R. Mark Keenan, Esq.
Anderson Kill & Olick, P.C.
Attorneys at Law
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
Attorneys for Plaintiff

                                                <u>s/ Thuy Bui        </u>